Kendra Gilliams
1901 Ave of the Stars
2nd Fl
Los Angeles CA 90067
213-712-6688

FILED
CLERK, U.S. DISTRICT COURT
NOV 2 2026
CENTRAL DISTRICT OF CALIFORNIA
BY: CS DEPUTY

fee paid

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

KENDRA GILLIAMS, an individual,

Plaintiff,

v.

STEPHANIE AYBAR BUENO, an individual, doing business as "Big Barr Bizarre TV,"

Defendant.

Case No.: CV26-12799-DMG-DSRx

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

**DEMAND FOR JURY TRIAL**

## I. INTRODUCTION

1. Plaintiff Kendra Gilliams ("Plaintiff") is an individual and a professional radio and television journalist with more than two decades of experience in broadcast media. Plaintiff owns the Kendra G Singles Dating App and is the host and creator of the Kendra G Singles original online dating show. Plaintiff brings this action against Defendant Stephanie Aybar Bueno ("Defendant"), an individual doing business as "Big Barr Bizarre TV" on YouTube, for Defendant's ongoing, willful, and repeated copyright infringement of Plaintiff's original video works.

2. Defendant has unlawfully copied, reproduced, distributed, displayed, and monetized Plaintiff's copyrighted video content without authorization, consent, or license. Defendant's conduct constitutes infringement under the Copyright Act, 17 U.S.C. § 501 et seq., and has caused and continues to cause substantial harm to Plaintiff's business, reputation, and exclusive rights.

3. Plaintiff seeks: (A) a declaration of infringement; (B) a permanent injunction; and (C) a mandatory injunction requiring removal of all infringing videos and prohibiting future

infringement.

4. Plaintiff requests permanent removal of the infringing URLs pursuant to 17 U.S.C. § 501 et seq. and the repeat infringer policy under 17 U.S.C. § 512(i)(1)(A).

## II. INFRINGING URL LINKS

1. https://www.youtube.com/watch?v=NNLFGLRfeYY
2. https://www.youtube.com/watch?v=T7IrVMkbfFA
3. https://www.youtube.com/watch?v=SzBRI1lVxQY
4. https://www.youtube.com/watch?v=TqRxRXzicvg
5. https://www.youtube.com/watch?v=RrJgXqgThzE
6. https://www.youtube.com/watch?v=bqtRKl5cP9U
7. https://www.youtube.com/watch?v=ruOTnqmDyQY
8. https://www.youtube.com/watch?v=LSEeLFmwib0
9. https://www.youtube.com/watch?v=R8DcQZKitLE
10. https://www.youtube.com/watch?v=h-tsz7_HxcQ
11. https://www.youtube.com/watch?v=-nq3gK3kZl8
12. https://www.youtube.com/watch?v=-UU8FnMJk6Y
13. https://www.youtube.com/watch?v=T-XBFYzTfL8
14. https://www.youtube.com/watch?v=w3VBRCuiuhw
15. https://www.youtube.com/watch?v=s9666qQLuRY
16. https://www.youtube.com/watch?v=jjY6ZoXoaWw
17. https://www.youtube.com/watch?v=EgyqETMKhws
18. https://www.youtube.com/watch?v=-VpgPkwTmcI
19. https://www.youtube.com/watch?v=w4m9P6lyjdQ

Plaintiff reserves the right to amend this Complaint as additional infringing URLs are discovered.

## III. FACTUAL ALLEGATIONS

1. Defendant copied and uploaded Plaintiff's copyrighted videos without authorization.

2. Defendant reproduced Plaintiff's copyrighted material, including her voice, likeness, and creative expression, for financial gain.

3. On October 17, 2026, Plaintiff reported the infringing content to YouTube.

4. On October 22, 2026, Defendant filed a DMCA counter-notification. YouTube required Plaintiff to file this federal lawsuit to prevent reinstatement of the infringing content.

5. Defendant's acts are willful and malicious.

6. Plaintiff timely filed this lawsuit within the DMCA deadline.

7. Plaintiff requests this action be recognized as the controlling action for future DMCA counter-notification disputes involving Defendant's YouTube channel.

## IV. PLAINTIFF'S COPYRIGHTED WORKS AND RELATED FACTS

1. Plaintiff is a professional radio and television personality with over two decades of experience.

2. Plaintiff owns a dating app and produces an original online dating show.

3. Plaintiff's works are original and protected by copyright.

## V. REGISTERED WORKS

**Work:** Singles Pop Up Show March 13th 2026
**Registration No.:** PA 2-579-707
**Registration Date:** April 21, 2026

**Work:** Singles On Youtube Live Show Dec 12th 2025
**Registration No.:** PA 2-557-300
**Registration Date:** December 16, 2025

**Work:** Singles On Youtube Live Dec 19th 2025
**Registration No.:** PA 2-574-696
**Registration Date:** December 22, 2025

Plaintiff reserves the right to amend this Complaint to include additional registrations.

## VI. CLAIM FOR RELIEF - COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

1. Plaintiff incorporates all preceding paragraphs.

2. Defendant infringed Plaintiff's exclusive rights under 17 U.S.C. § 106.

3. Defendant's infringement is willful.

4. The DMCA mandates repeat infringer policies requiring account termination for repeat infringers.

## VII. PRAYER FOR RELIEF

A. Declaration of infringement.

B. Permanent injunction.

C. Removal of infringing works.

D. Statutory damages up to $150,000 per infringed work under 17 U.S.C. § 504.

E. Costs of suit.

F. Leave to amend.

G. Declaration of DMCA compliance.

## VIII. DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial on all triable issues.

Respectfully submitted,

Date: 11/2/2026

/s/ Kendra Gilliams
Kendra Gilliams, Plaintiff Pro Se
1901 Avenue of the Stars, 2nd Floor
Los Angeles, CA 90067
Email: iamnotdoingit@gmail.com

**Registration Number**
**PA 2-574-696**
**Effective Date of Registration:**
December 22, 2025
**Registration Decision Date:**
March 20, 2026

## Title

**Title of Work:** SINGLES ON YOUTUBE Live! Dec 19th 2025

## Completion/Publication

**Year of Completion:** 2025
**Date of 1st Publication:** December 19, 2025
**Nation of 1st Publication:** United States

## Author

- **Author:** Kendra Gilliams
  **Author Created:** entire motion picture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kendra Gilliams
1901 Ave Of The Stars, 2nd FL, Los Angeles, CA, 90067

## Rights and Permissions

**Organization Name:** Singles Live, LLC
**Name:** Kendra Gilliams
**Email:** kendragmedia@gmail.com
**Telephone:** (213)712-6688
**Address:** 1901 Ave Of The Stars
2nd FL
Los Angeles, CA 90067 United States

## Certification

**Registration Number**
**PA 2-557-300**
**Effective Date of Registration:**
December 16, 2025
**Registration Decision Date:**
December 16, 2025

## Title

**Title of Work:** SINGLES ON YOUTUBE LIVE SHOW DEC 12TH, 2025

## Completion/Publication

**Year of Completion:** 2025
**Date of 1st Publication:** December 12, 2025
**Nation of 1st Publication:** United States

## Author

- **Author:** Kendra Gilliams
  **Author Created:** entire motion picture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kendra Gilliams
1901 Ave Of The Stars, 2nd FL, Los Angeles, CA, 90067, United States

## Rights and Permissions

**Organization Name:** Singles Live, LLC
**Name:** Kendra M Gilliams
**Email:** kendragmedia@gmail.com
**Telephone:** (213)712-6688
**Address:** 1901 Ave Of The Stars
2nd FL
Los Angeles, CA 90067

## Certification

**Registration Number**
**PA 2-579-707**
**Effective Date of Registration:**
April 21, 2026
**Registration Decision Date:**
April 22, 2026

## Title

**Title of Work:** Singles Pop Up Show March 13th 2026

## Completion/Publication

**Year of Completion:** 2026
**Date of 1st Publication:** March 13, 2026
**Nation of 1st Publication:** United States

## Author

- **Author:** Kendra Gilliams
  **Author Created:** entire motion picture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kendra Gilliams
1901 Ave Of The Stars, 2nd FL, Los Angeles, CA, 90067

## Rights and Permissions

**Organization Name:** Singles Live, LLC
**Name:** Kendra Gilliams
**Email:** kendragmusic@gmail.com
**Address:** 1901 Ave of The Stars
2nd FL
Los Angeles, CA 90067 United States

## Certification

**Name:** Kendra Gilliams